Motion dismissed, with $10 costs and necessary printing disbursements, upon the grounds that the order does not finally determine the action within the meaning of the Constitution and does not come within the provisions of subdivision 2 of section 589 of the Civil Practice Act.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CALMAN COOPER, HARRY A. STEIN and NATHAN WISSNER, Appellants.

Submitted November 30, 1953; decided December 3, 1953.

Motion for reargument and for other relief denied at this time, but without prejudice to renewal of this motion or of some other motion following determination by the Westchester County Court of the application made by defendants for a writ of *coram nobis* now pending in that court. [See 303 N. Y. 856; 306 N. Y. 678.]

RAYMOND W. DON, Plaintiff, and ELIZABETH DON, Appellant, *v.* BENJAMIN M. KNAPP, INC., et al., Respondents, et al., Defendants.

Argued October 20, 1953; decided January 8, 1954.

*Jules B. St. Germain* for appellant.

*Bruce Bromley, Thomas P. Curtin* and *Maurice Rosenberg* for Benjamin M. Knapp, Inc., respondent.

*Harry P. Rich* for Bertram Hasinsky, respondent.

*Theodore Hetzler, James B. Donovan* and *Clarke S. Ryan* for Association of Casualty and Surety Companies and others, *amici curiæ,* in support of respondents' position.

Judgments affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.